JAMES J. REAM, ESQ.
Nevada Bar #3573
LAW OFFICES OF JAMES J. REAM
106 S. Jones Boulevard
Las Vegas, Nevada 89107
E-mail:  Jim@reamlaw.net
Telephone: (702) 631-0031
Facsimile: (702) 631-5480
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COUNT
DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHRISTOPHER K. BECKSTROM,<br><br>Plaintiff,<br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY; and GEICO and, DOES I through X inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-00480-CDS-BNS<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY PLAN AND SCHEDULING ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, CHRISTOPHER K. BECKSTROM, by and through counsel of record of the Law Offices of James J. Ream, and Defendants, GEICO GENERAL INSURANCE COMPANY and GEICO, by and through its counsel of record of DUANE MORRIS LLP, hereby stipulate and agree as follows:

1. The deadline for the parties' Discovery Plan and Scheduling Order is due April 25, 2024. *See ECF No. 9.* The Parties have yet to meet and confer as per Local Rule 26-1(a).

2. The basis for the request is that Counsel for Defendant has been out of the country, which has made it difficult for Parties to meet.

3. The Parties stipulate that the Discovery Plan and Scheduling Order will be filed no later than May 3, 2024.

…

…

…

1

*Beckstrom v. GEICO*
**2:24-cv-00480**

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for the Discovery Plan and Scheduling Order to May 3, 2024, so the Parties can meet and confer as per Local Rule 26-1(a). The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

IT IS SO STIPULATED.

DATED this 25th day of April, 2024.         DATED this 25th day of April, 2024.

**LAW OFFICES OF JAMES J. REAM**          **DUANE MORRIS LLP**

*/s/James J. Ream, Esq.*                                  */s/Daniel B. Heidtke (with permission)*
JAMES J. REAM, ESQ.                                  DOMINICA C. ANDERSON (SBN 2988)
Nevada Bar #3573                                          DANIEL B. HEIDTKE (SBN 12975)
106 S. Jones Boulevard                                  ELY MARKARIAN (SBN 16108)
Las Vegas, Nevada 89107                              DUANE MORRIS LLP
*Attorney for Plaintiff*                                      100 North City Parkway, Suite 1560
                                                                        Las Vegas, NV 89106-4617
                                                                        *Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
BRENDA WEKSLER
HONORABLE MAGISTRATE JUDGE

**DATED:** 4/26/2024

2